IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| | | |
|---|---|---|
| Civil Action: | 26-cv-01548-CNS-NRN | Date: September 3, 2026 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| FARMERS ALLIANCE MUTUAL INSURANCE COMPANY<br>STATE FARM FIRE AND CASUALTY COMPANY<br>**Plaintiffs** | *Cheri MacArthur* |
| **v.** | |
| SAMSUNG ELECTRONICS AMERICA INC<br>**Defendant** | *Austin Evans* |

## COURTROOM MINUTES

**ORAL ARGUMENT**

Court in Session: 1:00 p.m.

Appearance of counsel.

Discussion held on [23] Defendant Samsung Electronics America Inc.'s Motion to Dismiss.

As outlined on the record, it is

**ORDERED: [23] Defendant Samsung Electronics America Inc.'s Motion to Dismiss is DENIED.**

**Settlement Conference with the Magistrate Judge is authorized.**

The Court outlines its procedures as to Summary Judgment motions.

**ORDERED:** **If the parties attend mediation or a settlement conference, they are to notify the Court of the outcome via a joint email to chambers within five days of the date of mediation.**

Court in Recess: 1:12 p.m. Hearing concluded. Total time in Court: 00:12